MARY E. POST, as Executrix, etc., Respondent, *v.* WILLIAM B. DINSMORE, as President, etc., Appellant.

(Argued October 4, 1886; decided October 19, 1886.)

*William D. Guthrie* for appellant.

*Abel E. Blackmar* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

In the Matter of the Judicial Settlement of the Accounts of GILBERT A. WOODS, as Executor, etc.

(Argued October 4, 1886 ; decided October 19, 1886.)

*Louis Marshall* for appellant.

*D. A. King* for respondent.

Agree to affirm and for judgment absolute on stipulation.
All concur.
Order affirmed and judgment accordingly.

---

IGNATZ THALHEIMER, Appellant, *v.* FERDINAND HAYS et al., Respondents.

(Argued October 5, 1886; decided October 19, 1886.)

*John Van Voorhis* for appellant.

*J. B. Perkins* for respondents.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.